■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD A. LEOPOLD, Appellant. [879 NYS2d 651]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered March 27, 2008. The order determined that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Defendant appeals from an order determining that he is a level two risk under the Sex Offender Registration Act (Correction Law § 168 *et seq.*). Defendant failed to preserve for our review his present contention that the Board of Examiners of Sex Offenders erred in failing to compare his California offense with New York law (*see generally People v Windham*, 10 NY3d 801 [2008]; *People v Smith*, 17 AD3d 1045 [2005], *lv denied* 5 NY3d 705 [2005]). We agree with defendant that Supreme Court failed to set forth the requisite findings of fact and conclusions of law upon which it based its risk assessment determination (*see* Correction Law § 168-n [3]). Nevertheless, we conclude that the record before us is sufficient to enable us to make our own findings of fact and conclusions of law (*see People v Pardo*, 50 AD3d 992 [2008], *lv denied* 11 NY3d 703 [2008]), and we conclude that the upward departure determining that defendant is a level two risk is supported by clear and convincing evidence (*see People v Thomas*, 307 AD2d 759 [2003]). Present—Scudder, P.J., Martoche, Fahey, Carni and Pine, JJ.